# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Paul Lashaun Chambers</u>          Case Number: <u>3:13-00217-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Joseph M. Hood, Senior U.S. District Judge EDKY</u>

Name of Current Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>July 15, 2013</u>

Original Offense(s): <u>21 U.S.C. § 841(a)(1) Distribution of Hydrocodone</u>

Original Sentence: <u>5 years' probation</u>

Type of Supervision: <u>Probation</u>          Date Supervision Commenced: <u>July 15, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>          Defense Attorney: <u>To be determined</u>

---

The Court orders:

      ☒ No Action Necessary at this Time
      ☐ Submit a Request for Modifying the Condition or Term of Supervision
      ☐ Submit a Request for Warrant or Summons
      ☐ Other

Considered this ⟨O⟩ day of ⟨Dec⟩, 2013,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place                         Nashville

Date                         December 6, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

**1.**

**The defendant shall be on the Location Monitoring Program with the component of home detention for a period of six months, to commence within 30 days of this judgment. During this time, the defendant shall remain at place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant shall pay for the cost of the location monitoring to the extent he is able as determined by the probation officer.**

Mr. Chambers failed to abide by the rules of electronic monitoring during the time period from September 5 to September 21, 2013. During this time, Mr. Chambers left his residence to run personal errands, work out, and go out to eat on multiple occasions.

On October 1, 2013, the probation officer met with Mr. Chambers regarding his unapproved absences. He admitted to leaving his residence to do various personal things, but assumed they would be approved by the probation officer because he did them during his normal allotment time for work and/or church. The probation officer reminded Mr. Chambers, as ordered in the judgment, his allotment time was specifically for work and church and if he needed time to do other personal things, he was required to request permission from the probation officer, prior to leaving his residence.

**Compliance with Supervision Conditions and Prior Interventions:**
Paul LaShaun Chambers is employed and lives with his mother and sister in Nashville, Tennessee. Mr. Chambers began his term of probation on July 15, 2013, and is due to terminate supervision on July 14, 2018. He is due to complete his six month period of location monitoring on January 28, 2013.

Following his admission to not following the rules of his location monitoring, Mr. Chambers was verbally reprimanded and re-instructed to follow all the rules of the location monitoring program and not to leave his residence without prior approval by the probation officer. Mr. Chambers' time allotment for work, church, and personal errands was refined to more accurately fit his needs.

**U.S. Probation Officer Recommendation:**
The probation officer is respectfully recommending that no additional action be taken by the Court at this time. It is further recommended that Mr. Chambers continue on probation and incur no future violations. Any future violations will be promptly reported to the Court.

This matter has been reported to the U.S. Attorney's office, who concurs with the recommendation.

Approved: _____
              Britton Shelton
              Supervisory U.S. Probation Officer